# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

SALOMON SMITH BARNEY INC.

V.

PETER J. DEBLASI

SUMMONS IN A CIVIL CASE

CASE NUMBER: **00-6154 CIV-ZLOCH**

MAGISTRATE JUDGE SELTZER

TO: (Name and address of defendant)

PETER J. DEBLASI
105 DEER CREEK ROAD #M-105
DEERFIELD BEACH, FL  33441

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Glenn D. Kelley, Esq.
Kelley & Warren, P.A.
1555 Palm Beach Lakes Boulevard, #1006
West Palm Beach, Florida  33401
(561) 681-9494   Telephone
(561) 681-9436   Facsimile

an answer to the complaint which is herewith served upon you, within  Twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE