AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN        .0 FEB -2 PH 12: 02       FLORIDA
**DISTRICT OF**

..... ......DDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

SALOMON SMITH BARNEY INC.

V.

PETER J. DEBLASI

SUMMONS IN A CIVIL CASE

CASE NUMBER: **00-6154**

**CIV-ZLOCH**

MAGISTRATE JUDGE
SELTZER

TO: (Name and address of defendant)

**PETER J. DEBLASI
105 DEER CREEK ROAD #M-105
DEERFIELD BEACH, FL 33441**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Glenn D. Kelley, Esq.
Kelley & Warren, P.A.
1555 Palm Beach Lakes Boulevard, #1006
West Palm Beach, Florida 33401
(561) 681-9494  Telephone
(561) 681-9436  Facsimile

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

_____    DATE _____

CLERK

(BY) DEPUTY CLERK

**RETURN OF SERVICE**

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | *2-2-2000 at 11:20 AM* |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| *Robert D Franco* | *Process Server* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *888 E Las olas Blvd*
*c/o Morgan Keegan & Co Suite 200 Fort Lauderdale, FL 33301*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): *Served summons and complaint Temporary Restraining order Emergency motion, memorandum of law in support of:*

---

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    *2-2-2000*
_____
Date

Signature of Server

*P.O. Box 24408*
_____
Address of Server
*Ft Lauderdale, FL 33307*

---