CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILLIAM J. ZLOCH

FILED by _____ D.C.

FEB 0 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-6154-CV-ZLOCH   DATE Feb. 2, 2000

COURTROOM CLERK Carline Newby   COURT REPORTER Carl Schanzleh

Salomon Smith Barney Inc.   VS   Peter J. Deblasi

COUNSEL Launic Martons, Esq.   COUNSEL _____

REASON FOR HEARING TRO

RESULT OF HEARING Ct grants Emergency Motion

CASE CONTINUED TO Feb 9, 2000   TIME 4:30 p   FOR Preliminary Inj. Hearing

MISC _____

8