.IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED

FEB 8 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

SALOMON SMITH BARNEY INC., )
)
Plaintiff, )
)
v. ) Case No. 00-6154-CIV-ZLOCH
)
PETER J. DEBLASI, )
)
Defendant. )
_____)

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, SALOMON SMITH BARNEY INC. ("SSB"), by and through its undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a), and in accordance with a written Settlement Agreement between the parties, hereby gives notice that it is voluntarily dismissing this action, with each party to bear its own attorneys' fees and costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Peter J. DeBlasi, 105 Deer Creek Road, #M-105, Deerfield Beach, Florida 33441 and Niel Prosser, Esq., Deputy General Counsel, Morgan Keegan & Co., Inc. 50 North Front Street, Memphis, Tennessee 38103 and Christine E. Lamia, Esq., Becker & Poliakoff, P.A., 630 South Orange Avenue, 3rd Floor, Sarasota, Florida 34236 by U.S. Mail, this ___8th___ day of February, 2000.

KELLEY & WARREN, P.A.
1555 Palm Beach Lakes Boulevard, #1006
West Palm Beach, Florida 33401
(561) 681-9494 Telephone
(561) 681-9436 Facsimile

By: _____
Lonnie K. Martens
Florida Bar Number 848840