UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CIV-ZLOCH

SALOMON SMITH BARNEY INC.,

    Plaintiff,

vs.

PETER J. DEBLASI,

    Defendant.
_____/

FILED by _____ D.C.

FEB 09 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**FINAL ORDER OF DISMISSAL**

THIS MATTER is before the Court upon the Plaintiff, Salomon Smith Barney Inc.'s, Notice Of Voluntary Dismissal, bearing file stamp of the Clerk of this Court dated February 8, 2000. The Court has carefully reviewed said Notice and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's aforementioned Notice Of Voluntary Dismissal be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED**, each party to bear its own attorneys' fees and costs; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of February, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Lonnie K. Martens, Esq.
Niel Prosser, Esq.
Christine E. Lamia, Esq.

Peter J. DeBlasi, Defendant
105 Deer Creek Road, #M-105
Deerfield Beach, FL 33441